IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-34068 |
| EMMA GARRIETT McCLELLAN | § | |
| | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

### DEBTOR'S EXPEDITED MOTION TO EXTEND AUTOMATIC STAY

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO Y OU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now, Emma Garriett McClellan, Debtor, and files this Motion to Extend Automatic Stay and would respectfully show as follows:

1. The Debtor was a debtor in a previous Bankruptcy, Case number 16-34303 within one (1) year of the filing date of this case. The Debtor seeks to extend the Section 362 stay in this case and show the Court that this case and this motion are filed in good faith with respect to all creditors sought to be stayed.

2. On August 31, 2016, Debtor filed a Chapter 13 bankruptcy. During the course of the bankruptcy, the Internal Revenue Service filed a proof of claim in the amount of $567,671.90,

which resulted in Debtor exceeding the debt limits permissible for a Chapter 13 plan of reorganization. On March 28, 2017, Debtor's first case was dismissed.

3. On July 3, 2017, Debtor filed the instant bankruptcy case as a Chapter 11 and did so to prevent foreclosure of her homestead.

4. Debtor's financial circumstances have improved and Debtor can now fund a Chapter 11 Plan.

5. Debtor filed this bankruptcy in good faith and expects to reorganize in accord with the provisions of the code.

6. The automatic stay should be extended as to all of the Debtor's scheduled creditors. If the creditors are not stayed during the term of this bankruptcy proceeding, the collection efforts would impair Debtor's ability to successfully complete this Chapter 11 Plan.

Premises considered the Debtor requests that the Court grant this Motion to Extend Automatic Stay.  A form of Order is submitted with this motion.

Dated: July 12, 2017

Respectfully submitted,

By: */s/ Nelson M. Jones, III*
Nelson M. Jones III
Fed. Bar No 7054
TX Bar No. 10973400
Stacy M. Allen
TX Bar No. 24078138
Fed. Bar No. 1356313
Lyric Centre
440 Louisiana Street, Ste. 1575
Houston, TX 77002
713-236-8736
713-236-8990 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Extend Automatic Stay has been served on all parties by electronic service or by United States First Class Mail on July 12, 2017, as follows:

*/s/  Nelson M. Jones III*

```
Label Matrix for local noticing          Harris County                             United States Bankruptcy Court
0541-4                                   Linebarger Goggan Blair & Sampson LLP     PO Box 61010
Case 17-34068                            c/o Tara L. Grundemeier                   Houston, TX 77208-1010
Southern District of Texas               Post Office Box 3064
Houston                                  Houston, TX 77253-3064
Wed Jul 12 10:38:00 CDT 2017

Buckley Madole, P.C.                     Ditech Financial                          Harris County et al.
14841 Dallas Parkway                     P.O. Box 6172                             c/o Tara L. Grundemeier
Suite 425                                Rapid City, SD 57709-6172                 Linebarger Goggan Blair & Sampson LLP
Dallas, Texas 75254-7883                                                           P.O. Box 3064
                                                                                   Houston, Tx 77253-3064

Harris County, et al                     Internal Revenue Service                  Ovation
PO Box 3064                              P.O. Box 7346                             8407 Bandera Road
Houston, Texas 77253-3064                Philadelphia, PA 19101-7346               San Antonio, TX 78250-2511


Real Time                                Real Time Resolutions Inc                 Speedy/ Rapid Cash
P.O Box 731940                           13499 Empire Central Drive                P.O Box 780408
Dallas TX 75373-1940                     Suite 150                                 Witcha, KS 67278-0408
                                         Dallas, TX 75247-4029


Texas Workforce Commision                US Trustee                                Wells Fargo Bank N. A
Regulatory Integrity Divison-SAU         Office of the US Trustee                  435 Ford Rd. Suite 300
Room 556                                 515 Rusk Ave                              St. Louis Park, MN 55426-4938
101 E. 15th Street                       Ste 3516
Austin, TX 78778-1442                    Houston, TX 77002-2604

Wells Fargo Bank N.A as Trustee          Wells Fargo Bank, N.A.                    Emma Garriett McClellan
C/O Ditech Financial LLC                 PO Box 19657                              3609 Dabney
P.O Box 6154                             Irvine, CA 92623-9657                     Houston, TX 77026-4121
Rapid City, SD 57709-6154


Nelson M Jones III
Law Office of Nelson M. Jones III
440 Louisiana
Suite 1575
Houston, TX 77002-1655




                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Ditech Financial LLC                  End of Label Matrix
P.O. Box 6172                            Mailable recipients     18
Rapid City, SD 57709-6172                Bypassed recipients      1
                                         Total                   19
```